

**United States Department of the Interior**
OFFICE OF THE SECRETARY
Washington, DC 20240

DEC 15 2017

The Honorable Todd Gates
President, Seneca Nation of Indians
90 Ohiyo Way
Salamanca, New York 14779

Dear President Gates:

We understand that the Seneca Nation of Indians (Nation) and the State of New York are engaged in arbitration to resolve their differences regarding interpretation of certain provisions in the Nation-State Gaming Compact Between the Seneca Nation of Indians and the State of New York (2002 Compact). We note that our letter of January 19, 2017, to the Seneca Nation which provided technical assistance regarding the revenue sharing provisions in the 2002 Compact did not provide the certainty available to the parties in arbitration proceedings. In light of this, we withdraw our letter of January 19, 2017.

We are hopeful for a speedy resolution to this issue.

Sincerely,

Maria K. Wiseman
Acting Director, Office of Indian Gaming