# Seneca Nation of Indians



President - Rickey L. Armstrong, Sr.
Clerk - Bethany Johnson

90 OHI:YO' WAY
ALLEGANY TERRITORY
SENECA NATION
SALAMANCA, NY 14779

Tel. (716) 945-1790
FAX (716) 945-1565

Treasurer - Matthew B. Pagels

12837 ROUTE 438
CATTARAUGUS TERRITORY
SENECA NATION
IRVING, NY 14081

Tel. (716) 532-4900
FAX (716) 532-6272

## PRESIDENT'S OFFICE

RECEIVED
APR 17 2019
AS - IA
Office of Indian Gaming

April 16, 2019

Ms. Paula Hart
Director
Office of Indian Gaming
U.S. Department of the Interior
1849 C Street NW., Mail Stop 3657
Washington, DC 20240

Dear Ms. Hart,

Please find attached the January 7, 2019 Partial Final Award on Liability, the April 8, 2019 Final Award, and the April 12 Corrected Final Award ("Awards") in State of New York vs. Seneca Nation of Indians, AAA Case Number: 01-17-0005-3636 (See Attachment A). The Awards conclude an arbitration process conducted pursuant to paragraph 14 of the Nation State Gaming Compact. Because the Indian Gaming Regulatory Act ("IGRA") and its implementing regulations require that "all amendments, regardless of whether they are substantive amendments or technical amendments, are subject to review and approval by the Secretary," the Seneca Nation ("Nation") is submitting the Awards for Secretarial Review.

Your review and approval of this amendment to the Nation State Gaming Compact, and subsequent publication in the Federal Register of such review and approval, will serve to confirm its effectiveness and allow the Nation to perform its obligations under it and avoid any further legal controversy as to its obligations thereunder.

The Nation provides the following documents with this letter submission for Secretarial review in accordance with IGRA:

(1) The original Compact executed by the Nation and State and the Awards that constitute an amendment to the Compact. *See* Attachments A and B.
(2) The Nation resolution (including the date, place of adoption, and vote taken) that certifies that the Nation approved the original Compact in accordance with Nation law. *See* Attachment C.
(3) The demand for arbitration submitted by the State's representatives, which constitutes certification from the Governor or other representative of the State that he is authorized under State law to enter into the arbitration process that resulted in the amendment to the Compact. *See* Attachment D.
(4) The Nation resolution certifying that the Nation acknowledged that the arbitration process in the Compact was followed and that the Awards were issued as a result of that process. *See* Attachment E.

Thank you for your consideration and the Nation stands by ready to provide any other documentation you may deem necessary for review.

Sincerely,

Rickey L. Armstrong, Sr.
President

cc: Andrew M. Cuomo, Governor, State of New York
Robert Williams, Executive Director, New York State Gaming Commission
Michele Mitchell, Acting General Counsel, Seneca Nation