```
 1
 2   IN ARBITRATION UNDER THE COMMERCIAL ARBITRATION
                     RULES OF THE
 3           AMERICAN ARBITRATION ASSOCIATION
 4              Case No. 01-17-0005-3636
 5   ---------------------------------------X
 6   State of New York,
 7                 Claimant,
 8           v.
 9   Seneca Nation of Indians,
10                 Respondent.
11   ---------------------------------------X
12
                  TRANSCRIPT OF PROCEEDINGS
13                   New York, New York
                     December 13, 2018
14
15   BEFORE:   JUDGE WILLIAM BASSLER
16                    HENRY GUTMAN, ESQ.
17                    KEVIN N. WASHBURN, ESQ.
18
19
20
21
22
23
24   Reported by:   BONNIE PRUSZYNSKI, RMR, RPR, CLR
     JOB NO. 152545
25
```

December 13, 2018

10:30 A.M.

Transcript of Arbitration Proceedings held at the offices of AAA, 150 East 42nd Street, New York, New York, before Bonnie Pruszynski, a Registered Professional Reporter, Registered Merit Reporter, Certified Livenote Reporter, and Notary Public of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3    WHITE & CASE
 4    Attorneys for Claimant
 5          1221 Avenue of the Americas
 6          New York, New York 10020
 7    BY:   Paul Friedland, Esq.
 8          Damien Nyer, Esq.
 9    HARTER SECREST & EMERY
10    Attorneys for Respondent
11          50 Fountain Plaza
12          Buffalo, New York 14202
13    BY:   John Horn, ESQ.
14            and
15    KANJI & KATZEN
16          303 Detroit Street
17          Ann Arbor, MI 48104
18    BY:   Riyaz Kanji, Esq.
19          David Giampetroni, Esq.
20          Lucy Braun, Esq.
21            and
22    LIPPES, MATHIAS, WEXLER, FRIEDMAN
23          50 Fountain Plaza
24          Buffalo, New York 14202
25    BY:   Carol Heckman, Esq.
```

1
2  Also Present:
3      For Claimant:  Felipe E. Munoz
4                              Lauri Kai
5                              Robert Williams
6      For Respondent:  Michele Mitchell
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    Closing Argument by Mr. Kanji
2 Don't give me all that stuff.
3    MR. KANJI: No. My point, your
4 Honor, to agree with what you said about
5 there is an ongoing relationship, and it
6 is important to -- for that relationship
7 is in the interests of both sides. We
8 have a keen interest in it. There will
9 ultimately have to be negotiations
10 between the parties. We have a compact
11 that is going to expire in five years at
12 this point. What this panel's decision
13 will do will be to set the ground rules
14 on which those next negotiations will
15 take place.
16    CHAIRPERSON BASSLER: You know,
17 we -- that to me is utter bafflement,
18 because we he have a contract here that
19 is dysfunctional. We have to make a
20 call. How we make that call, I don't see
21 how that sets any ground rules. You are
22 going to have to draft a contract that
23 works.
24    This thing doesn't. You left a lot
25 of stuff to be desired. Let's put it

1         Closing Argument by Mr. Kanji
2    that way.
3         So, I don't see how we set any
4    ground rules.  It's going to be an ad hoc
5    decision.  What does renewal mean?  Are
6    we going to pay 25 percent or don't pay
7    25 percent, or pay something less than
8    25 percent?
9         You certainly aren't going to be
10   able to use this contract as a model
11   contract.  You guys are going to have to
12   do something else.
13        MR. KANJI:  I think the parties
14   will hopefully and surely, and this is
15   not my bailiwick -- we will surely strive
16   for greater clarity, but I think whether
17   the words they put down, whether they can
18   rely on those words being honored will be
19   an important predicate to --
20        CHAIRPERSON BASSLER:  It's not a
21   question of words being honored.  You
22   keep saying that there's words being
23   honored.  It's a question of using the
24   right words to reflect what the parties
25   intended.