# EXHIBIT B

# Seneca Nation of Indians



**President -** Todd Gates
**Clerk -** Lenith K. Waterman

**12837 ROUTE 438**
**CATTARAUGUS TERRITORY**
**SENECA NATION**
**IRVING, NY 14081**

**Tel. (716) 532-4900**
**FAX (716) 532-6272**

**Treasurer -** Maurice A. John, Sr.

**90 OHI:YO' WAY**
**ALLEGANY TERRITORY**
**SENECA NATION**
**SALAMANCA, NY 14779**

**Tel. (716) 945-1790**
**FAX (716) 945-0150**

## PRESIDENT'S OFFICE

March 31, 2017

Governor Andrew Cuomo
Office of the Governor
State Capitol
Albany, NY 12224
via email to Stephanie.Benton@exec.ny.gov
and U.S. mail

Dear Governor Cuomo,

It was a pleasure to speak with you by telephone last week.

As we discussed, in keeping with the terms of the Nation-State Gaming Compact, the Nation sent its final revenue-sharing payment to the State (on revenues earned during the final quarter of 2016). This payment completes the 14-year payment schedule detailed in Paragraph 12 of the Compact.

During our conversation, you expressed an interest and a willingness to meet and discuss matters related to the Compact. I discussed this matter with the members of our Nation Council, as I said I would, and there is a willingness on the part of the Seneca Nation to meet with you. In the meantime, we have also commenced important conversations with the local jurisdictions that are our friends and neighbors in order to ensure that we continue our productive relationship in fostering economic development and job creation in Western New York. The Seneca Nation looks forward to continuing those conversations. Likewise, as President, I look forward to the opportunity for additional direct dialogue with you.

Nya:weh,

Todd Gates, President
SENECA NATION OF INDIANS