# EXHIBIT E

**In The Matter of Arbitration Between:**

State of New York                          )
                                           )
v.                                         )     AAA Case Number 01-17-0005-3636
                                           )
Seneca Nation of Indians                   )
_____    )

## PROCEDURAL ORDER NO. 4

The parties through counsel have conferred and have jointly agreed to the following:

1.      On December 12 and 13, 2018, the Panel conducted a hearing on the claims set forth in Claimant's Demand for Arbitration.

2.      The Parties have jointly agreed to bifurcate the issues of liability and remedy.

3.      The Panel's agreed deadline to issue an award on the subject of liability is January 19, 2019.

4.      If the Panel finds no liability, then that award will be the final award in this matter. If the Panel finds liability, then the Parties will meet and confer with respect to proposed terms of a remedial order and provide a joint report to the Panel no later than 30 days following the liability award.

Dated: December 17, 2018

_____
Paul Friedland
Damien Nyer
White & Case LLP
*Attorneys for Claimant*

1

1761937

Dated:  December ___, 2018

_____
Carol E. Heckman, Esq.
Lippes Mathias Wexler Friedman LLP

Michele Mitchell, Esq.
Acting General Counsel
Seneca Nation of Indians

John G. Horn, Esq.
Harter Secrest & Emery LLP

Riyaz A. Kanji, Esq.
David A. Giampetroni, Esq.
Kanji & Katzen, PLLC

*Attorneys for Respondent*

SO ORDERED:

_____
William G. Bassler, Chair
For and on behalf of the Panel

Dated:  December 18, 2018

1761937