# EXHIBIT F

From: Carol E. Heckman <checkman@lippes.com>
Sent: Tuesday, February 26, 2019 6:01 PM
To: William G. Bassler (judgewb@comcast.net) <judgewb@comcast.net>; Henry B. Gutman (hgutman@stblaw.com) <hgutman@stblaw.com>; kevin.washburn@gmail.com
Cc: smc.park@gmail.com; elizjannuzzi@yahoo.com; Friedland, Paul <pfriedland@whitecase.com>; Nyer, Damien <dnyer@whitecase.com>; michele.mitchell@sni.org; rkanji@kanjikatzen.com; Horn, John <jhorn@hselaw.com>
Subject: Joint Report to the Panel

Dear Members of the Tribunal:

Thank you for allowing us an additional week to get this report to you.

It is the joint view of both parties that the Panel Majority's Partial Final Award dated Jan. 7, 2018 sets forth on page 55-56 its award on liability and on all remedial issues other than the amount of the payments referenced in paragraph (4) on page 55. Pursuant to the Panel's direction, the parties have met and conferred on that dollar figure and have agreed to the following:

While Respondent disagrees with the Panel Majority's Partial Final Award, and reserves all rights with respect thereto, the Parties agree that 25% of the Net Drop (money dropped into the machines, after payout but before expense), applied to Respondent's Net Drop of slot machines from January 1, 2017 – December 31 , 2018 amounts to $255, 877, 747.44.

If the Panel wishes to receive proposed language for the *dispositif* of a final award, the Parties will provide the same jointly or separately.

Thank you for you consideration.

**Carol E. Heckman**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1268 | m: 716.725.3639 | d: 716.362.7628 | fx: 716.853.5199
checkman@lippes.com | www.lippes.com



This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.