# **EXHIBIT G**

**From:** Jeffrey Zaino, Esq. <JeffreyZaino@adr.org>
**Sent:** Thursday, February 28, 2019 2:03 PM
**To:** Jeffrey Zaino, Esq. <JeffreyZaino@adr.org>; Kai, Lauri <lauri.kai@whitecase.com>; judgewb@comcast.net; hgutman@gmail.com; kevin.washburn@gmail.com
**Cc:** checkman@lippes.com; Nyer, Damien <dnyer@whitecase.com>; Friedland, Paul <pfriedland@whitecase.com>; jhorn@hselaw.com; michele.mitchell@sni.org; rkanji@kanjikatzen.com; elizjannuzzi@yahoo.com; smc.park@gmail.com; dgiampetroni@kanjikatzen.com
**Subject:** State of New York v. Seneca Nation of Indians - AAA Case Number: 01-17-0005-3636

Dear Counsel,

The Tribunal has requested that you confer and send an agreed upon final award for their signature. Also, any outstanding fees must be paid in full a.s.a.p. Kindly contact me if you need any information on balances due.

Best,

Jeff



**Jeffrey Zaino, Esq.**
**Vice President**

American Arbitration Association

T: 212 484 3224 F: 212 286 0383 E: JeffreyZaino@adr.org
150 East 42nd Street, 17th Floor, New York, NY 10017
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Jeffrey Zaino, Esq.
**Sent:** Monday, January 7, 2019 8:10 PM
**To:** 'Kai, Lauri' ; judgewb@comcast.net; hgutman@gmail.com; kevin.washburn@gmail.com
**Cc:** checkman@lippes.com; Nyer, Damien ; Friedland, Paul ; jhorn@hselaw.com; michele.mitchell@sni.org; rkanji@kanjikatzen.com; elizjannuzzi@yahoo.com; Jeffrey Zaino, Esq. ; smc.park@gmail.com; dgiampetroni@kanjikatzen.com
**Subject:** RE: State of New York v. Seneca Nation of Indians - AAA Case Number: 01-17-0005-3636 - Partial Final Award and Dissent

Dear Counsel,

Kindly find attached the Partial Final Award and Dissent.

Best,

Jeff

**Jeffrey Zaino, Esq.**
**Vice President**
Commercial
T: 212 484 3224 F: 212 286 0383 E: JeffreyZaino@adr.org
150 East 42nd Street, 17th Floor, New York, NY 10017

2