United States District Court
WESTERN DISTRICT OF NEW YORK

SENECA NATION OF INDIANS,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-735-S

Petitioner,

v.

STATE OF NEW YORK,

Respondent

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Nation's Petition and Motion to Vacate the Final Award (Docket Nos. 1,2) are denied. The State's Cross-Petition to confirm the Partial Final and Final Awards (Docket No. 9) is granted. The parties each bear their own attorney fees and costs. The Final Award (Docket No.2-3) and Partial Final Award (Docket Nos. 2-4, 2-5) are confirmed.

Date: November 12, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
    Deputy Clerk