**EXHIBIT A**

# SGC Special Distributions

## Monthly deposit amounts to the separate account at Key Bank

| Year | Month | TOTAL | Date of Transfer to separate bank account at Key Bank |
|---|---|---|---|
| 2017 | Jan | $ 9,902,965.66 | 3/2/2017 |
| | Feb | $ 9,884,200.50 | 3/21/2017 |
| | Mar | $ 10,812,183.67 | 4/24/2017 |
| | Apr | $ 11,089,019.08 | 5/23/2017 |
| | May | $ 11,021,355.17 | 6/29/2017 |
| | Jun | $ 10,186,243.85 | 7/20/2017 |
| | Jul | $ 11,536,972.78 | 8/30/2017 |
| | Aug | $ 10,965,080.18 | 9/26/2017 |
| | Sep | $ 10,977,572.31 | 10/25/2017 |
| | Oct | $ 10,541,496.93 | 11/22/2017 |
| | Nov | $ 9,896,360.86 | 12/22/2017 |
| | Dec | $ 9,505,393.62 | 1/17/2018 |
| **2017** | **TTL** | **$ 126,318,844.61** | |
| 2018 | Jan | $ 9,472,258.54 | 2/26/2018 |
| | Feb | $ 10,173,454.53 | 3/22/2018 |
| | Mar | $ 11,682,887.99 | 4/16/2018 |
| | Apr | $ 11,290,439.83 | 5/17/2018 |
| | May | $ 11,079,460.81 | 6/28/2018 |
| | Jun | $ 10,669,100.73 | 7/24/2018 |
| | Jul | $ 11,333,422.38 | 8/29/2018 |
| | Aug | $ 11,521,413.37 | 9/24/2018 |
| | Sep | $ 11,004,134.83 | 10/30/2018 |
| | Oct | $ 10,724,080.06 | 11/21/2018 |
| | Nov | $ 9,780,294.66 | 12/21/2018 |
| | Dec | $ 10,827,955.10 | 1/17/2019 |
| **2018** | **TTL** | **$ 129,558,902.83** | |
| 2019 | Jan | $ 9,154,037.27 | 2/26/2019 |
| | Feb | $ 9,480,019.51 | 3/20/2019 |
| | Mar | $ 12,241,225.29 | 4/24/2019 |
| | Apr | $ 11,148,751.53 | 5/16/2019 |
| | May | $ 11,498,138.00 | 6/19/2019 |
| | Jun | $ 10,919,319.47 | 7/26/2019 |
| | Jul | $ 11,391,830.63 | 8/23/2019 |
| | Aug | $ 11,527,501.18 | 9/19/2019 |
| | Sep | $ 11,054,283.07 | 10/18/2019 |
| | Oct | $ 10,626,606.87 | 11/20/2019 |
| **2019** | **TTL** | **$ 109,041,712.82** | |

| GRAND TOTALS Received from SGC through 11/15/19 | $364,919,460.26 |
|---|---|