# EXHIBIT C

From: Beth Garvey <https://urldefense.proofpoint.com/v2/url?u=http-3A__Beth.Garvey-40exec.ny.gov&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=u2BeWrm34X6c7hrR48u6IypSj-UYLrpQiuK0SyGYDnE&e=>
Sent: Monday, April 19, 2021 5:17 PM
To: 'Justin Berhaupt'; Michele Mitchell; derosa
Cc: Robert Williams (https://urldefense.proofpoint.com/v2/url?u=http-3A__gaming.ny.gov&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=_Z8h3LYajmgs0wRBWlaeOa7gLQCZX91FSXkGkRKHCkI&e=)
Subject: External: FW: Department of Interior -Secretarial Review

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Michele, it is curious to me that this was filed with them over a month ago. I am unsure how to continue settlement conversations in light of this action.
What would you like us to focus on?
I will take direction from you, but I don't think we can proceed on parallel tracks here.
Await your answer.
Beth

From: Michele Mitchell <michele.mitchell@sni.org<mailto:michele.mitchell@sni.org>>
Sent: Monday, April 19, 2021 3:47 PM
To: Garvey, Beth (CHAMBER) <https://urldefense.proofpoint.com/v2/url?u=http-3A__Beth.Ga&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=ZU8yK3kppRUa_NOPmNy4KN9WR_PVWdYE0M6ZxA7HoI4&e=rvey@exec.ny.gov<mailto:Beth.Garvey@exec.ny.gov>>; Williams, Robert (GAMING) <Robert.Williams@gaming.ny.gov<mailto:Robert.Williams@gaming.ny.gov>>
Cc: Robert Odawi Porter <rob@odawilaw.com<mailto:rob@odawilaw.com>>
Subject: Department of Interior -Secretarial Review

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Ms. Garvey and Mr. Williams,

Attached please find a Technical Assistance Letter issued by the Department of Interior on April 15, 2021, as well as a letter from President Pagels requesting that New York State consider submission of a joint request to the Secretary of Interior for review of the revenue sharing payment terms for the renewal term of the Nation-State Compact.  We are requesting that we receive a response by Wednesday, April 21.   I have included Mr. Robert Porter on this email.  He has been retained by the Seneca Nation as Special Counsel on this matter, and so please address any response to both of us.  Thank you for your time and consideration.

Michele Mitchell
General Counsel
Seneca Nation

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete this message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sni.org&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=FcydMfUSCVoAfKp8o_44V65Hy6Fpqk1iU1GfR5HskCU&e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__protect2.fireeye.com_v1_url-3Fk-3D205feb83-2D7fc4d298-2D205d12b6-2D0cc47a6d17e0-2Dc6db22aeedf75e86-26q-3D1-26e-3D2d494688-2D47b3-2D4c72-2D9b84-2Dba9e6334a6a0-26u-3Dhttp-253A-252F-252Fwww.sni.org-252F&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=nh88qYjwkJtcGV48Mm0SdHffgmZvXwOxW0elffIr-R4&e=>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete this message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sni.org&d=DwIGaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=BsZhz_cJn__iHZmcEhMWtfEezBCF_PnpdcHtCNiJCEE&m=mBOr8Oldl8yhTI1yn_7M4RBM7gEl3vvRffR_MK1opgs&s=FcydMfUSCVoAfKp8o_44V65Hy6Fpqk1iU1GfR5HskCU&e=

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us1.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1619002080-nc35Nqp2EPzz&r_address=checkman%40lippes.com&report=1