**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

SENECA NATION OF INDIANS,

         Petitioner,

    v.

STATE OF NEW YORK,

         Respondent.

Civil Case No. 19-cv-00735

---

## NOTICE OF STATE OF NEW YORK'S MOTION FOR ENTRY OF TURNOVER <u>ORDER</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all other papers and proceedings herein, Respondent and judgment creditor State of New York (the "State"), by its undersigned attorneys, shall move before the Honorable William M. Skretny, United States District Judge, at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, at a date and time to be set by the Court, for a turnover order pursuant to Fed. R. Civ. P. 69 and Section 5225(a) of the New York Civil Practice Law and Rules, requiring Petitioner and judgment debtor the Seneca Nation of Indians (the "Nation") to turnover funds to satisfy the judgment entered by the Court on November 12, 2019.

The grounds for the motion, set forth in greater detail in the accompanying Memorandum of Law, are as follows: the Nation is the judgment debtor in connection with the judgment entered by this Court on November 12, 2019 and is in possession or custody of certain funds and other property that should, pursuant to CPLR 5225(a), be turned over to the State, including funds held in a segregated bank account that the Nation maintained and pledged as security in these proceedings under FRCP Rule 62(b).

AMERICAS 113799363

Dated this 24th day of March, 2022      Respectfully submitted,


_/s/ Gregory M. Starner_

Gregory M. Starner
Matthew L. Nicholson
Allyson Reynolds
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
gstarner@whitecase.com
matthew.nicholson@whitecase.com
allyson.reynolds@whitecase.com

_Attorneys for the State of New York_

AMERICAS 113799363