**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

SENECA NATION OF INDIANS,

               Petitioner,

     v.

STATE OF NEW YORK,

               Respondent.

Civil Case No. 19-cv-00735

---

## [PROPOSED] TURNOVER ORDER

This matter is before the Court on Respondent and judgment creditor State of New York's (the "State") Motion for Entry of Turnover Judgment pursuant to Rule 69 of the Federal Rules of Civil Procedure ("FRCP") and Section 5225 of New York's Civil Practice Law and Rules. For the reasons that follow, the State's motion is granted.

Based upon the record in this matter, the Court finds as follows:

1. The Court issued a judgment dated November 12, 2019 (the "Judgment") in the above-captioned case, confirming certain arbitration awards in favor of the State pursuant to the Federal Arbitration Act that require the Nation to make certain payments to the State (the "State Contribution Payments") under the class III gaming compact entered into by the Nation and State on August 18, 2002.

2. The United States Circuit Court of Appeals for the Second Circuit unanimously affirmed the Judgment by decision and order dated February 22, 2021, and issued a mandate of that Judgment on April 16, 2021.

3. The Court has subject matter jurisdiction over this matter.

AMERICAS 113799363

4. The Nation maintains a segregated bank account (the "Account") at KeyBank, with Fifth Third Bank serving as administrative agent.

Based on the Court's findings, it is hereby:

**ORDERED, ADJUDGED and DECREED,** that pursuant to Fed. R. Civ. P. 69 and Section 5225(a) of the New York Civil Practice Law and Rules the State is entitled to turnover of the funds in the Account up to the amount of the outstanding State Contribution Payments under the Judgment. It is further,

**ORDERED, ADJUDGED and DECREED,** that the Nation shall, within five (5) days of entry of this Order, take any and all necessary measures to arrange for the turnover and immediate transfer of the funds in the Account to the State up to the amount of the outstanding State Contribution Payments under the Judgment, including that the Nation shall, as necessary, instruct Fifth Third Bank, as administrative agent of the Account, to immediately disburse or cause to be disbursed to the State such funds from the Account in full or partial satisfaction of the Judgement.

Dated: _____, 2022
       Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge