**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SENECA NATION OF INDIANS, | ) ) ) ) ) ) ) |
| Judgment Debtor, | ) |
| -against- | ) Civil Case No. 19-cv-00735 (WMS) |
| STATE OF NEW YORK, | ) ) ) |
| Judgment Creditor. | ) ) ) |

## <u>NOTICE OF WITHDRAWAL OF MOTION</u>

PLEASE TAKE NOTICE that the State of New York hereby withdraws its Motion for Entry of Turnover Order [ECF No. 59]. Such withdrawal is with prejudice as to the past-due payments owed under the class III gaming compact entered into by the Nation and State on August 18, 2002 (the "Compact") for the period January 1, 2017 to December 31, 2021 as required by the judgment entered in the above-captioned action on November 12, 2019 (the "Judgment"), but without prejudice as to any potential future enforcement of the Judgment with respect to any future revenue sharing payments or other amounts required or provided for by the Judgment.

Respectfully submitted,

Dated: March 29, 2022
New York, NY

White & Case LLP

By: */s/ Gregory M. Starner*

Gregory M. Starner

AMERICAS 113876653

gstarner@whitecase.com
Matthew L. Nicholson
matthew.nicholson@whitecase.com
Allyson M. Reynolds
allyson.reynolds@whitecase.com
1221 Ave of the Americas
New York, New York 10020
(212) 819-8839

*Attorneys for the State of New York*

AMERICAS 113876653

2